1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12   ROBERT FRANKS,                    )    No. CV 08-3055-CW
                                        )
13                  Petitioner,        )    JUDGMENT
                                        )
14              v.                      )
                                        )
15   LINDA SANDERS (Warden),           )
                                        )
16                  Respondent.        )
17   _____)
18
19        **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is
20   dismissed as stated in the Decision and Order filed concurrently.
21
22   DATED:   November 20, 2009
23
24                                    _____/s/_____
                                             CARLA M. WOEHRLE
25                                    United States Magistrate Judge
26
27
28